RECEIVED

2005 DEC -9 P 2: 38

DE... UNITED STATES...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V.      )<br>)<br>MARY S. H. WHATLEY  )<br>)<br>)<br>) | CR. NO. 2:05cr281-B<br>(18 U.S.C. 641)<br><br>**INFORMATION** |

The United States Attorney charges:

### COUNT

On or about the 4th day of October 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **MARY S. H. WHATLEY** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney


_____
KENT BRUNSON
Assistant United States Attorney


_____
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | |
|---|---|
| STATE OF AMERICA | ) |
| | ) **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 4 October 2005, via closed circuit video monitors, I observed MARY S. H. WHATLEY picking up several items of Clinique make-up and placing them in her shopping cart. WHATLEY then went to the children's clothing section where she placed the make-up items into her purse. I then observed WHATLEY move behind a store fixture where she placed several more items into her purse. WHATLEY then proceeded to the checkout where she paid for the items remaining in her cart, but did not pay for the items in her purse. I detained WHATLEY in the lobby and called Security Forces. WHATLEY's purse was searched. There were a number of items in the purse which were not on her register receipt. The items recovered were: one tube of Clinique healthy shine serum ($12.00), one box of Clinique moisture on-call ($28.75), one box of Clinique anti-gravity firming lift cream ($32.50), two boxes of Clinique anti-gravity firming eye lift cream ($26.25 each) and two boxes of Clinique repair wear eye cream ($32.50 each). The total value of all the items she took, but did not pay for, was $190.75.

_____
ROBERT G. SMITH

Subscribed and sworn to before me this 9th day of November, 2005.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS