**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 2-27-2006

DIGITAL RECORDING: 4:04 - 4:27 pm

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB
DEPUTY CLERK: sql
CASE NO.: 2:05cr281-DRB
DEFT. NAME: MARY S. H. WHATLEY
USA: Frazier [JAG- MAFB]
ATTY: Anne Borelli
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (CDO)
( ) Stand In ONLY
USPTSO/USPO: ___

Defendant ___ does ___ ✓ does NOT need an interpreter

Interpreter present ✓ NO ___ YES    NAME: ___

- [x] kars. — Date of Arrest 2-27-06 or [ ] Rule 5
- [x] kia. — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [ ] kcnsl. — Deft. First Appearance with Counsel
- [ ] — Deft. First Appearance without Counsel
- [x] — Requests appointed Counsel   [ ] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. — Financial Affidavit executed [ ] to be obtained by PTSO
- [x] koappted — ORAL ORDER appointing Community Defender Organization ✓ — Notice to be filed.
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] — Deft. Advises he will retain counsel. Has retained ___
- [ ] — Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ] — Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg. — **Detention Hearing** [ ] held; [ ] set for ___
- [ ] kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- [ ] kocondrls. — Release order entered. Deft. advised of conditions of release
- [x] kbnd. — [x] BOND EXECUTED (M/D AL charges) $1,000. Deft released (kloc LR)
- [ ] — [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- [ ] — Preliminary Hearing [ ] Set for ___
- [ ] ko. — Deft. ORDERED REMOVED to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] — Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [x] karr. — ARRAIGNMENT SET FOR: ___ [x] HELD. Plea of **NOT GUILTY** entered. ✓
- [x] Set for ___ Trial Term; [ ] PRETRIAL CONFERENCE DATE: ___
  DISCOVERY DISCLOSURES DATE: 2-27-06
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for ___
- [ ] kwvspt — Waiver of Speedy Trial Act Rights Executed