IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05cr281-DRB |
| ) | |
| MARY S. H. WHATLEY ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, Mary S. H. Whatley, by and through undersigned counsel, Jennifer A. Hart, and pursuant to 18 U.S.C. §§3161(h)(2) and 3161( h)(8)(B)(I), respectfully moves this Court to continue the trial of this action from the present trial date of May 15, 2006, to allow for the consideration/resolution of pretrial diversion in this matter.  In support of this Motion, defendant would show:

1.      Ms. Whatley has been charged by indictment in this district with theft of government property in violation of 18 U.S.C. §641.

2.      As part of discovery, the Government provided to Ms. Whatley a videotape of her shopping at the Base Exchange on Maxwell Air Force Base.  According to the Government, the tape showed that Ms. Whatley had stolen merchandise from the store.

3.      While preparing for trial, it was discovered by the parties that the videotape provided by the Government was incomplete; the produced tape is approximately 7 minutes long, while the original tape is over an hour long.

4.      Because discovery was incomplete, the parties mutually agreed to a continuance of this case to allow time for Ms. Whatley to review the entire tape and adequately prepare for trial.

5. A telephone conference was held involving the Court, Counsel for the Government, and Counsel for the Defendant during which the parties explained to the Court the problem with discovery. The parties advised the Court that they could be prepared for trial by the July trial term and the Court agreed to continue the case to that term.

6. Following the conference call with the Court, Counsel for both parties discussed the possibility that the appropriate resolution of this misdemeanor case was to allow Ms. Whatley to be placed in the Pretrial Diversion Program.

7. Accordingly, the Special Assistant United States Attorney has approved Ms. Whatley for pretrial diversion, and the parties are in the process of the completing the pretrial diversion application process.

8. Because prosecution will be deferred/diverted, pursuant to the agreement upon the final work up, it is in the interest of justice to continue trial in this matter so as to allow the parties more time to finalize Ms. Whatley's diversion agreement. 18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(B)(I).

9. The Government, through Assistant United States Attorneys, Capt. Neal B. Frazier, has no opposition to the granting of a continuance.

10. Ms. Whatley has signed a Speedy Trial Waiver while will be filed simultaneously with this Motion.

WHEREFORE, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson and Capt. Neal Frazier.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189