IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr281-DRB |
| | ) | |
| MARY S. H. WHATLEY | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, **MARY S. H. WHATLEY,** after being first advised of her right to a speedy trial as guaranteed her by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives her right to a speedy trial as to the May 15, 2006 trial term.

_____
MARY S. H. WHATLEY