IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-000281-DRB |
| | ) | |
| MARY S. H. WHATLEY | ) | |

### AMENDED ORDER ON MOTION

For good cause, it is ORDERED that the Order filed July 12, 2006 (Doc. 21) is amended as follows:

The jury selection and trial of this cause are continued to the Montgomery misdemeanor term set on **September 11, 2006.** Any requested voir dire questions and jury instructions must be filed no later than one week before jury selection.

All other provisions of the Order remain in full force and effect.

Done this 14th day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE