IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-000281-DRB |
| | ) | |
| MARY S. H. WHATLEY | ) | |

**O R D E R**

Upon consideration of the *Motion for Leave to Dismiss Information Without Prejudice*, (Doc. 23, filed August 25, 2006), and for good cause therein, it is

**ORDERED** that the Motion is GRANTED. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that this case is DISMISSED with prejudice.

DONE this 25th day of August, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE